# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION



| | | |
|---|---|---|
| CAMPANELLA D'ANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV608-073 |
| | ) | |
| SHERIFF MIKE KILES, DEPARTMENT | ) | |
| OF HUMAN RESOURCES, and | ) | |
| SCREVEN COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this __13__ day of __Jan__, 2009

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA